IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARY LOUISE OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-00006 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Knowles |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Mary Louise Owens' Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15). Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 26 at 23.) Owens filed Objections to the recommendations that the Administrative Law Judge ("ALJ") properly evaluated Owens' subjective complaints of pain and the opinions of two consultative physicians. (Doc. No. 27.) As noted by the Commissioner in her Response, the objections are nearly identical to the issues Owens raised before the Magistrate Judge in her Motion. (Doc. No. 28.)

Upon review of the record, the Court agrees with the Magistrate Judge that the ALJ's conclusions are supported by substantial evidence. Accordingly, the Court **ADOPTS** the Report in its entirety, **DENIES** Plaintiff's Motion, and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __19th___ day of August, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT